**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
BRYANT E. PARKS,

                    Plaintiff,

   -against-                                          23 **CIVIL** 4945 (JPO)

                                                                    **JUDGMENT**

MONTEFIORE MEDICAL CENTER,

                    Defendant.
---------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 3, 2025, Montefiore's motion to dismiss the amended complaint is GRANTED.

**Dated:**  New York, New York

        February 3, 2025

                                                          **TAMMI M. HELLWIG**

                                                              **Clerk of Court**

                            **BY:**     *K. Mango*

                                                               **Deputy Clerk**